UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>       v.<br><br>ONVIA, INC., ONVIA.COM, and RESPONSIVE MANAGEMENT SYSTEMS, in its individual capacity and as class representative of a purported settlement class,<br><br>                              Defendants. | Case No. C06-1056-RSL<br><br>STIPULATION TO STAY AND ORDER |

WHEREAS, this is an action by St. Paul Fire & Marine Insurance Company ("St. Paul") seeking declaratory relief and a determination of the parties' rights and obligations under certain insurance policies it issued to Onvia, Inc., with respect to a class action lawsuit currently pending in King County Superior Court between Onvia and Responsive Management Systems ("RMS"), captioned *Responsive Management Systems v. Onvia, Inc.*, Case No. 05-2-04728-3 SEA.

WHEREAS, a settlement in the underlying lawsuit is awaiting final approval by the King County Superior Court, and such approval is scheduled to be granted or denied in November 2006;

STIPULATION TO STAY AND [PROPOSED]
ORDER C06-1056-RSL - 1

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

WHEREAS, that settlement includes an assignment of the rights at issue here under the St. Paul insurance policies from Onvia to RMS.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their counsel of record, that this action shall be stayed until the King County Superior Court has entered an order on plaintiff's motion for final approval of the settlement in *Responsive Management Systems v. Onvia, Inc.*, Case No. 05-2-04728-3 SEA.

October 10, 2006     Respectfully submitted,

HELLER EHRMAN LLP

By /s/ Rima J. Alaily
   Daniel J. Dunne (Bar No.16999)
   Daniel A. Zariski (Bar No.20613)
   Rima J. Alaily (Bar No.29225)

Attorneys for Defendants Onvia, Inc. and Onvia.com

KELLER ROHRBACK L.L.P.


By    /s/ Mark A. Griffin
   Mark A. Griffin (Bar No. 16296
   Ray J. Farrow (Bar No. 31782)

WILLIAMSON & WILLIAMS
   Rob Williamson (Bar No. 11387)

Attorneys for Defendant Responsive Management Systems, in its individual capacity and as class representative of a purported settlement class

STIPULATION TO STAY AND [PROPOSED]
ORDER C06-1056-RSL - 2

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

BETTS, PATTERSON & MINES, P.S.


By /s/ Daniel L. Syhre
   Joseph D. Hampton (Bar No. 15297)
   Daniel L. Syhre (Bar No. 34158)

Attorneys for Plaintiff St. Paul Fire and Marine Insurance Company


### ORDER

It is so ORDERED that this action shall be stayed until the King County Superior Court has entered an order on plaintiff's motion for final approval of the settlement in *Responsive Management Systems v. Onvia, Inc.*, Case No. 05-2-04728-3 SEA (King County Superior Court).

DATED this 10th day of October, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

STIPULATION TO STAY AND [PROPOSED]
ORDER C06-1056-RSL - 3

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900