UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY., <br><br>  Plaintiff, <br><br> vs. <br><br> ONVIA, INC., et al., <br><br>  Defendants. | NO. C06-1056RSL <br><br> ORDER LIFTING STAY |

On October 10, 2006, the Court signed the Stipulation to Stay, docket #13, and issued an Order Removing Case from Active Caseload, docket #14, pending a final order approving the settlement in *Responsive Management Systems v. Onvia, Inc.* On November 17, 2006, the King County Superior Court entered the Final Approval Order and Judgment in the underlying lawsuit.

It is HEREBY ORDERED that the Stay entered in the above entitled matter be lifted and the case placed back on the Court's active docket.

DATED this 7th day of December, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY