UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff,

  v.

ONVIA, INC., *et al.*,

    Defendants.

Case No.  C06-1056RSL

ORDER GRANTING MOTION
TO WITHDRAW PENDING
MOTION TO STAY

    This matter comes before the Court on a motion filed by defendants Onvia, Inc. and Onvia.com (collectively, "Onvia") to withdraw their previously filed motion to stay the proceedings pending an appeal in the underlying litigation. Onvia represents that plaintiff and the other defendant do not oppose their motion to withdraw the motion to stay. Accordingly, Onvia's motion to withdraw the pending motion (Dkt. #46) is GRANTED. The Clerk of the Court is directed to remove Onvia's motion for stay (Dkt. #42) from the Court's calendar.

    DATED this 25th day of January, 2007.

*[signature: Robt S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW MOTION TO STAY